FILED & JUDGMENT ENTERED
Steven T. Salata

Sep  26  2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| In re:<br><br>Thad Walker Snow<br>and<br>Erin Leigh Snow<br>Debtor(s) | Chapter 13<br>Case No. 13-50815 |
|---|---|

## ORDER GRANTING HARDSHIP DISCHARGE

**THIS CAUSE** coming to be heard and being heard before the United States Bankruptcy Court, and it appearing to this Court that the Debtor's Motion should be granted,

**IT IS THEREFORE ORDERED:**

1. That this Court grant the Debtors a Hardship Discharge in this case pursuant to 11 U.S.C. §1328(b);
2. That the Hardship Discharge has no effect on secured, priority or long-term debt currently provided for in the Plan;
3. That the Debtors' attorney be granted the standard non-base fee of $450.00 plus $75.00 in expenses for the pursuit of this Motion, if those funds are available from the Trustee; and
4. That the Trustee be allowed to modify the Plan in accordance with this Order.

This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court