

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 13−50815
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thad Walker Snow | Erin Leigh Snow |
| 7993 Summit Ridge Drive | 7993 Summit Ridge Drive |
| Catawba, NC 28609 | Catawba, NC 28609 |
| Social Security No.: xxx−xx−0152 | Social Security No.: xxx−xx−8181 |

# NOTICE OF ORDER FIXING TIME FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY OF DEBTS

TO: Creditors, Indenture Trustees and other Parties in Interest

An Order has been entered by the U. S. Bankruptcy Court for the Western District of North Carolina in the above−captioned case granting the Debtor's request for a discharge under 11 U.S. Code § 1328(b).

Notice is hereby given that pursuant to Bankruptcy Rule 4007(d), October 27, 2014 is fixed as the last day for the filing of a complaint to determine the dischargeability of a debt pursuant to 11 U.S. Code § 523(a)(6). You are further notified that if no complaint to determine the dischargeability of a debt is filed within the time period set forth above, **the debt may be discharged.**

Dated: September 26, 2014                              United States Bankruptcy Court